IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01651-AP

RICHARD F. ERDWURM,
        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Peter Komlos-Hrobsky | John F. Walsh |
| Colorado Legal Services | United States Attorney |
| 1905 Sherman Street, Suite 400 | |
| Denver, Colorado 80203 | Kevin T. Traskos |
| 303-866-9391 | Civil Chief |
| 303-830-7860 FAX | Assistant United States Attorney |
| pkhrobsky@colegalserv.org | District of Colorado |
| | |
| | William G. Pharo |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, |
| | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

   A. Date Complaint was filed:                              June 23, 2011
   B. Date Complaint was served on U.S. Attorney's Office:   July 1, 2011
   C. Date Answer and Administrative Record were filed:      August 30, 2011

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

   Neither party intends to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

   The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7. OTHER MATTERS

   The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

   Plaintiff's counsel has been called to serve on federal jury duty October 3-14, 2011. For this reason, the parties respectfully request the following briefing schedule:

   A. Plaintiff's opening brief due          October 21, 2011
   B. Defendant's response brief due         November 21, 2011
   C. Plaintiff's reply brief (if any) due   December 6, 2011

9. STATEMENTS REGARDING ORAL ARGUMENT

   A. Plaintiff requests oral argument.
   B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 20th day of September, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Peter Komlos-Hrobsky<br>Peter Komlos-Hrobsky<br>Colorado Legal Services<br>1905 Sherman Street, Suite 400<br>Denver, Colorado 80203<br>303-866-9391<br>303-830-7860 FAX<br>pkhrobsky@colegalserv.org | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN T. TRASKOS<br>Civil Chief<br>Assistant United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>(303) 844-0815<br>Stephanie.kiley@ssa.gov |