**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01651-REB

RICHARD F. ERDWURM,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#14] entered by Judge Robert E. Blackburn on September 18, 2012, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  **IT IS ORDERED** that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not entitled to a waiver of repayment is **AFFIRMED**.

      2 . That defendant is **AWARDED** his costs, to be taxed by the clerk of the court pursuant to **FED. R. CIV. P**. **54(d)(1)** and **D.C.COLO.LCiv.R. 54.1.**

      DATED at Denver, Colorado, this 27th day of September, 2012.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

                      By: s/Edward P. Butler
                            Edward P. Butler, Deputy Clerk